IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GREGORY KELLY and )
ANNETTE B. KELLY, )
 )
   Plaintiff, )
 ) CIVIL ACTION NO.
   v. ) 2:25cv790-MHT
 ) (WO)
ALFA MUTUAL INSURANCE, )
 )
   Defendant. )

ORDER

Upon consideration of plaintiffs' motion for a "Special Court Master," motion for new trial, and motion for immediate recusal (Doc. 16) of the United States Magistrate Judge, it is ORDERED that the motions are denied in all respects as meritless.

DONE, this the 17th day of March, 2026.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE