IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREGORY KELLY and          )
ANNETTE B. KELLY,          )
                           )
     Plaintiff,            )
                           )    CIVIL ACTION NO.
     v.                    )     2:25cv790-MHT
                           )        (WO)
ALFA MUTUAL INSURANCE,     )
                           )
     Defendant.            )
```

OPINION

Plaintiffs, who are pro se and frequent litigants in this district, filed a 35-count complaint against the defendant insurance company asserting multifarious claims under the U.S. Constitution, a wide variety of federal statutes, and state law. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss and motion for sanctions (Doc. 6) be granted in part; that plaintiffs' motion to strike (doc. 9) and motion for partial summary judgment (Doc. 10) be denied; that the sanctions previously imposed on

plaintiff Gregory Kelly for vexatious litigation be applied to this case; and, accordingly, that this case be dismissed for failure to comply with court orders. Also before the court are plaintiffs' objections to the recommendation and plaintiffs' motion to strike the recommendation, which the court construes as objections to the recommendation.  After an independent and de novo review of the record, the court concludes that plaintiffs' objections should be overruled and the magistrate judge's recommendation adopted.

The court notes that after the recommendation was entered, plaintiffs filed motion for appointment of a special master; a first amended complaint, in response to which defendant filed a motion to strike; and in response to defendant's motion to strike, a motion for a "'cease and desist court motion'" and a motion for summary and/or partial judgment.  Those motions will be denied as moot.

An appropriate judgment will be entered.

DONE, this the 18th day of March, 2026.

           /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE