IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

GREGORY KELLY and        )
ANNETTE B. KELLY,        )
                         )
    Plaintiff,           )
                         )        CIVIL ACTION NO.
    v.                   )         2:25cv790-MHT
                         )            (WO)
ALFA MUTUAL INSURANCE,   )
                         )
    Defendant.           )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (Doc. 12) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 11) is adopted.

(3) Defendant's motion to dismiss and motion for sanctions (Doc. 6) is granted in part, to the extent the complaint is dismissed as a shotgun pleading, but the motion is denied as to sanctions.

(4) The complaint (Doc. 1) is dismissed for failure

to comply with prior court orders against filing shotgun pleadings and Rule 8(a) of the Federal Rules of Civil Procedure.

(5) This lawsuit is dismissed without prejudice for plaintiff Gregory Kelly's failure to comply with prior court orders against filing shotgun pleadings and for both plaintiffs' failure to prosecute by doing so in this case.

(6) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2